IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOSEPH JACOBS,<br><br>    Plaintiff,<br><br>v.<br><br>WAL-MART STORES EAST LP,<br><br>    Defendant. | CIVIL ACTION NO.: 2:24-cv-82 |

**O R D E R**

The parties filed a Joint Motion to Stay Deadlines Pending Mediation. Doc. 15. The parties state they have a mediation scheduled in this case on February 11, 2025, and ask the Court to stay the deadlines in the case for this mediation. Id. at 1–2. The Court **GRANTS** the parties' Motion and **STAYS** the proceedings in this case, including all deadlines, while the parties attempt to mediate this case. The parties are to notify the Court on or before February 12, 2025, whether the mediation was successful. If the mediation is not successful, this stay shall lift automatically, and the parties are to submit new proposed deadlines on or before February 19, 2025.

**SO ORDERED**, this 10th day of January, 2025.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA